# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

142663

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CLEVELAND ROGERS,
        Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142663
COA: 298070
Wayne CC: 06-005429

On order of the Court, the application for leave to appeal the January 5, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

y0919